IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| TODD KOHEN and CAROL KOHEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-0598-CV-W-DW |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant, Ford Motor Company, moves the Court to dismiss all claims in the above-captioned action for lack of subject matter jurisdiction (Doc. 19). Plaintiffs failed to respond to the pending motion. After careful consideration of the authorities presented by Defendant, the Court agrees that Missouri's Workers' Compensation Law provides the exclusive remedies for Plaintiffs' common law claims and therefore deprives the Court of subject matter jurisdiction over this action. The Court hereby GRANTS Defendant's motion to dismiss all claims in this action *without prejudice*.

Date: October 18, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court